

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:  *Brian Fischler, Individually and on behalf of all other persons similarly situated v. DraftKings Inc., 1:18-cv-06474(NGG)(RML)*

Dear Judge Garaufis:

    This firm represents Defendant DraftKings Inc. in the above-referenced matter.

    Attached hereto is a Consent Decree signed by attorneys for Plaintiff and Defendant. We respectfully request that Your Honor so-order the Consent Decree.

                    Respectfully submitted,

                    /s/ Damien J. Marshall

                    Damien J. Marshall

cc: All counsel of record