D|F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FISCHLER, Individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DRAFTKINGS INC.,<br><br>Defendant. | ECF CASE<br><br>No.: 1:18-cv-6474 (NGG)(RML) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Fischler and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute having been made and each party to bear its own fees and costs.

Dated: July 12, 2019
New York, New York

_____
Douglas B. Lipsky, Esq.
LIPSKY LOWE LLP
630 Third Avenue, Fifth Floor
New York, New York 10017-6705
Doug@lipskylowe.com
212.392.4772
*Attorneys for Plaintiff*

Dated: September 6, 2019
New York, New York

_____
Damien J. Marshall
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, New York 10001
dmarshall@bsfllp.com
212.446.2365
*Attorneys for Defendant*

**So Ordered.**

s/Nicholas G. Garaufis

_____
Hon. Nicholas G. Garaufis
Date: 9/6/19